**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6356**

———————

LUIS A. VELARDE,

                    Plaintiff - Appellant,

        v.

JOHN MCDONALD,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever, III, Chief District Judge.  (5:12-ct-03222-D)

———————

Submitted:  May 29, 2014              Decided:  June 3, 2014

———————

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Luis Armando Velarde, Appellant Pro Se.   Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Armando Velarde appeals the district court's order granting John McDonald's motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2012) civil rights action for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Velarde v. McDonald</u>, No. 5:12-ct-03222-D (E.D.N.C. Feb. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>